UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

No. 26 CR 34 (LTS)

ASHLEE MONET NICOLE ROSENBERG,

-----------------------------------------------------------X

LAURA TAYLOR SWAIN, DISTRICT JUDGE

**ORDER**

The C.J.A. attorney assigned to receive cases on this day, James Neuman, is hereby ordered to assume the representation of the defendant in the above-captioned matter, NUNC PRO TUNC.

Dated: New York, New York
09/23/26

LAURA TAYLOR SWAIN
Chief United States District Judge