UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

-v-

No. 26-CR-34-LTS-1

Ashlee Monet Nicole Rosenberg

ORDER

Defendant.

-------------------------------------------------------x

A status conference is hereby scheduled for **Thursday, October 8, 2026, at 2:30 PM** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
9/23/2026

_/s/ Laura Taylor Swain_________
LAURA TAYLOR SWAIN
Chief United States District Judge