UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA

-v-

No. 26-CR-34-LTS

Ashlee Monet Nicole Rosenberg,

ORDER

Defendant.

-----------------------------------------------------x

For the reasons stated on the record of the supervised release violation hearing held this day, Ms. Rosenberg's conditions of supervision are modified by the addition of the following:

1- Effective immediately and for a period of 60 days, Defendant shall abide by the conditions of home detention. Defendant shall remain at their approved residence at all times except for approved absences for work, childcare obligations, medical appointments, treatment as directed or approved by the Probation Office, court, and meetings with counsel. The home detention will be monitored by electronic means specified by the Probation Office and Defendant shall comply with all technological requirements of that monitoring. Defendant must contribute to the costs of the monitoring as a co-payment as specified by the Probation Office.

All other conditions of supervision remain in place.

SO ORDERED.

Dated: New York, New York
October 8, 2026

_/s/ Laura Taylor Swain__________
LAURA TAYLOR SWAIN
Chief United States District Judge